UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JULIETA ALVAREZ, | ) No. CV 11-07444-VBK |
| | ) |
| Plaintiff, | ) JUDGMENT |
| | ) |
| v. | ) |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social | ) |
| Security, | ) |
| | ) |
| Defendant. | ) |

**IT IS HEREBY ORDERED** that the Decision of the Commissioner is affirmed.

**IT IS ALSO ORDERED** that the matter is dismissed with prejudice.

DATED: August 1, 2012           /s/
                                VICTOR B. KENTON
                                UNITED STATES MAGISTRATE JUDGE